IN THE COMMONWEALTH COURT OF PENNSYLVANIA

S.H.,                                 :
      Petitioner            :
                                  :
      v.                   :    No. 535 C.D. 2019
                                    :
Department of Human Services,         :
      Respondent            :

**O R D E R**

AND NOW, this 2nd day of June, 2020, the Court's order in the above matter, filed February 18, 2020, is amended to reflect the following correction:

> **Page 12, last paragraph, should read as follows**: For these reasons, we reverse the Department's adjudication and **remand with the direction that the Department order** the expunction of Father's indicated report from **the ChildLine and Abuse Registry**.
>
> **The Order of the above-referenced opinion should read**: AND NOW, this 18th day of February, 2020, the order of the Pennsylvania Department of Human Services, Bureau of Hearings and Appeals, dated March 7, 2019, in the above-captioned matter is hereby REVERSED, **and the matter REMANDED with the direction that the Department order the expunction of S.H.'s indicated report from the ChildLine and Abuse Registry.**

In all other respects, the opinion and order shall remain in effect.

It is also hereby ORDERED that the above-captioned opinion filed February 18, 2020, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, Judge